An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY J. BURRIOLA,
Petitioner,
vs.
THE HONORABLE STEVE L.
DOBRESCU, DISTRICT JUDGE,
Respondent.

No. 67878

**FILED**

MAY 1 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner seeks a writ directing the district court to issue a decision in a "petition for relief from human civil rights violations," purportedly filed on May 20, 2014. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Anthony J. Burriola
       Attorney General/Carson City
       White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-15374